OFFICE OF THE CITY ATTORNEY
JULIE M. KRIEGH, City Attorney State Bar No. 021175
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Joshua R. Zimmerman, State Bar No. 025876
Assistant City Attorney
Benjamin J. Barr, State Bar No. 040376
Assistant City Attorney
*Attorneys for Defendant City of Phoenix*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eva Kristina Stalbrand<br><br>　　　　　Plaintiff,<br><br>v.<br><br>City of Phoenix, et. al.; Crawford & Co.; Pat Erhard; Alicia Cordary<br><br>　　　　　Defendants | **NOTICE OF REMOVAL** |

　　　　Defendant City of Phoenix, through undersigned counsel, and pursuant to 28 U.S.C. §§ 1441(a) and 1446 and LRCiv 3.7, hereby notices the removal of the above referenced action, and in support of removal asserts the following:

　　　　1.　　Defendant City of Phoenix is named as a defendant in this action, which was commenced in the Superior Court of the State of Arizona in and for the County of Maricopa on or about June 24, 2025, under the caption *Eva Kristina Stalbrand v. City of Phoenix, et. al. Civil Case No. CV2025-022132.* Copies of the Complaint and all other documents previously filed in this matter are attached as **Exhibit A**.

　　　　2.　　The first date upon which the City of Phoenix received a copy of the Complaint was *July 1, 2025,* when a copy was delivered to the City of Phoenix Clerk.

3. Plaintiff Eva Kristina Stalbrand has asserted claims of violation of her rights under the Americans with Disabilities Act "ADA." Thus, this is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1331 and the action is removable to this Court pursuant to 28 U.S.C. §1441 because the Complaint arises under the Constitution and laws of the United States.

4. This Notice of Removal is being filed within 30 days after service of the Complaint and is therefore timely under 28 U.S.C. § 1446(b).

5. A Notice of Filing of Notice of Removal has been filed in the Arizona Superior Court, County of Maricopa, on behalf of Defendant City of Phoenix. A true and correct copy of the Notice is attached as **Exhibit B**.

6. A review of the record has been performed to ensure co-defendants have not moved for removal prior this filing.

7. A Civil Cover Sheet and Supplemental Cover Sheet are also attached.

WHEREFORE, Defendant City of Phoenix respectfully requests that the above action now pending in the Arizona Superior Court, Maricopa County, be removed to

RESPECTFULLY SUBMITTED this 25th day of July, 2025.

                JULIE M. KRIEGH, City Attorney

                By: s/ *Benjamin J. Barr*
                     Joshua R. Zimmerman
                     Assistant City Attorney
                     Benjamin J. Barr
                     Assistant City Attorney
                     *Attorneys for Defendant City of Phoenix*

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

# **CERTIFICATE OF SERVICE**

     I hereby certify that on July 25, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing was sent by mail/email to the following, who is not a participant of the CM/ECF System:

Eva Kristina Stalbrand
PO Box 34644
Phoenix, AZ 85067
*Defendant Pro Per*

By: s/ *Tanika D. Sherman*
     4902-0163-7719, v. 2